### EDMONDS against ROBBINSON

Robert Edmonds Execʳ to the last will & testament of George Foxwell deceased plaint. agᵗ James Robbinson alias Robertson of blew point alias Scarborough Defendᵗ in an action of the case for non payment of Fifty pounds in Fish wheate & beefe according to the sᵈ James his specialty or ingagement under his hand bearing date the 24ᵗʰ day of august in the yeare. 1671. as may appeare; which sᵈ payment was due or to bee paide (to say) twenty five pounds the .24ᵗʰ day of June. 1674. the other twenty five pounds to bee paide the .15ᵗʰ day of October 1674. as per saide Specialty appeares & due interest of the aforesᵈ Summes for not being paide in due time is here claimed & other due damages according to attachmᵗ Dat. March: 8ᵗʰ 16$\frac{74}{75}$ . . . the Jury . . . founde for the plaint. Fifty pounds to bee paide according to bill & costs of Court. Forty two Shillings 2ᵈ

Execucion issued May 14° 1675.